## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Miscellaneous No: 3:06mc85

### FUGITIVE DEFENDANT ADMINISTRATIVE ORDER

**THIS MATTER** is before the Court on its own motion to administratively close the following cases as to the listed fugitives only. The Defendants appear to remain fugitives, and no activity has taken place in recent times.

**IT IS, THEREFORE, ORDERED** that the following cases as to the listed fugitives shall be deemed closed for administrative purposes only, subject to re-opening on a case by case basis upon the apprehension or appearance of the Defendants.

| Case Number | Case Name | # | Defendant |
|---|---|---|---|
| 3:97cr247 | USA v. Hicks et al. | 6 | Brandi Humaid |
| 3:00cr130 | USA v. Corona et al | 11 | Eliseo Enriquez |
| 3:03cr35 | USA v. Washington, et al. | 2 | Reginald Gleen Patterson |
| 3:03cr37 | USA v. Hall, et al. | 3 | Reginald Glenn Patterson |
| 3:03cr155 | USA v. Temix | 1 | Arturo Delfin Temix |
| 3:03cr157 | USA v. Fuentes | 1 | Teresa Cruz Perez Fuentes |
| 3:03cr161 | USA v. Jaime-Arteaga,et | 1 | Horacio Jaime-Arteaga |
| | | 2 | Gabino Flores-Nava |
| | | 4 | Juan Carlos Espinoza-Garcia |
| 3:04cr29 | USA v. Higgs | 1 | Ronal Lazarus Higgs |
| 3:04cr39 | USA v. Davis, er al. | 4 | Michael Shawn Alexander |
| 3:04cr114 | USA v. Rios, et al. | 2 | Carlos Rios Rios |
| 3:04cr119 | USA v. Toliver | 1 | Daniel Toliver |
| 3:04cr139 | USA v. Massachi et al. | 1 | Rachel Massachi |
| | | 7 | Tyler Grady |
| 3:05cr400 | USA v. Cummins et al. | 5 | Roberto Alberto Fields Curtis |
| 3:05cr409 | USA v. Johnston | 1 | Timothy Mark Johnston |

| Case Number | Case Name | # | Defendant |
|---|---|---|---|
| 3:05cr410 | USA v. Davis | 1 | Harold Bernard Davis |
| 3:05cr418 | USA v. Garcia-Hernandez | 1 | Zenon Garcia-Hernandez |

**THIS** the ___7___ day of July 2006.

RICHARD L. VOORHEES

**United States District Court Judge**