UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:04Cr119 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| DANIEL RAY TOLIVER, | ) | |
| Defendant | ) | |

UPON ORAL MOTION of the Defendant Daniel Ray Toliver at his sentencing hearing on July 9, 2007, and for good cause shown, the Court HEREBY ORDERS THAT:

The Defendant is to be transferred to the custody of the United States Bureau of Prisons for a psychiatric and/or psychological evaluation to determine (1) whether he was competent to enter his plea of guilty on December 14, 2005, understanding the charges and consequences of his plea, and (2) if he were not competent to enter his plea on December 14, 2005, whether he is now competent to stand trial. Upon completion of the evaluation, the Defendant is to be re-transferred to the custody of the United States Marshal for the Western District of North Carolina for further proceedings as appropriate.

Signed: July 11, 2007

Frank D. Whitney
United States District Judge