**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:04-CR-119-FDW-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **DANIEL TOLIVER,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 86) filed by C. Melissa Owen, concerning Marcia Shein on June 11, 2020. Marcia Shein seeks to appear as counsel *pro hac vice* for Defendant Daniel Toliver. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 86) is **GRANTED**. Marcia Shein is hereby admitted *pro hac vice* to represent Defendant Daniel Toliver.

Signed: July 21, 2020

David C. Keesler
United States Magistrate Judge